**Fill in this information to identify the case:**

Debtor 1    Brenda Delois Anderson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern    District of   Alabama
                                                                  (State)

Case number    16-71980-JHH13

---

## Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account:   8   5   9   0

**Property address:**   990 S. Scottsville Road
                      Number      Street

                      Brent            AL     35034
                      City                 State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01 / 01 / 2022
                                                    MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:          (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.                             (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
                                       MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ D. Anthony Sottile

Signature

Date 11 / 29 / 2021

Print    D. Anthony Sottile
First Name        Middle Name        Last Name

Title    Authorized Agent for Creditor

Company    Sottile and Barile, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    394 Wards Corner Road, Suite 180
Number        Street

Loveland                OH        45140
City                State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

Case 16-71980-JHH13    Doc    Filed 11/29/21    Entered 11/29/21 12:55:06    Desc Main
Document        Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## TUSCALOOSA DIVISION

In Re:                                            Case No. 16-71980-JHH13

Brenda Delois Anderson                            Chapter 13

Debtor.                                           Judge Jennifer H. Henderson

## CERTIFICATE OF SERVICE

I certify that on November 29, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Kathryn Lila Bettis, Debtor's Counsel
    notices@bettisllc.com

    C. David Cottingham, Chapter 13 Trustee
    dcottingham@ch13tuscaloosa.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on November 29, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Brenda Delois Anderson, Debtor
    990 S. Scottsville Road
    Brent, AL 35034

Dated: November 29, 2021                          /s/ D. Anthony Sottile
                                                  D. Anthony Sottile
                                                  Sottile & Barile, LLC
                                                  394 Wards Corner Road, Suite 180
                                                  Loveland, OH 45140
                                                  Phone: 513.444.4100
                                                  Email: bankruptcy@sottileandbarile.com